FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 22, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GINA M. WOLF, D.C., an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a Foreign Corporation,<br><br>    Defendant. | No. 2:23-CV-00127-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

Before the Court is the Parties' Stipulation of Dismissal with Prejudice, ECF No. 19. Plaintiff is represented by Kenneth R. Friedman. Defendant is represented by Ian H. Morrison, Shelley R. Hebert, and Andrew R. Escobar.

The Parties in the above-captioned matter state this matter may be dismissed with prejudice without fees or costs to any party. The Court grants the Parties' dismissal.

//
//
//
//
//
//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The Parties' Stipulation of Dismissal with Prejudice, ECF No. 19, is **GRANTED**.

2. The above-captioned action is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

3. Any pending motions are **DISMISSED as moot**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 22nd day of December 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**